WILLIAM YOUNG, ADMINISTRATOR, Appellant, *v.* G. W. STONE-
BREAKER *et al.,* Respondents.

*Appeal.*—No final judgment.

### *Appeal from Lincoln Circuit Court.*

*T. R. Cornick,* for appellant.

The respondents moved to dismiss the appeal because there
is no final judgment or decision of the court below from
which an appeal will lie.

The judgment of the court below was as follows:

Now here come said parties by their attorneys, and said
defendant's attorney files his demurrer to the amended peti-
tion, and, on argument of counsel, said demurrer is sustained.
It is therefore considered by the court that said defendant
have and recover of William Young, administrator of Nancy
B. Jackson, deceased, the costs and charges in this behalf in-
curred, to be taxed according to law, and that execution
issue therefor.*

---

* If the plaintiff chose to stand upon the petition the final judgment would
have been, "It is therefore considered by the court that said plaintiff take
nothing by his suit, and that said defendant go thereof without day, and that
said defendant," &c.

*McKee & Broadhead*, for respondents.

BATES, Judge, delivered the opinion of the court.

There is no final judgment in this case and therefore no appeal.

Appeal dismissed; the other judges concur.